1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John S. Gordon (Bar No. 112750)
2  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543 **Priority**
3  Telephone: (213) 443-3000           **Send**
   Facsimile: (213) 443-3100           **Enter**
4                                      **Closed**
   Attorneys for DEFENDANT             JS-5/JS-6
5  ASSI SUPER INC.                     JS-2/JS-3
                                       Scan Only

7                  UNITED STATES DISTRICT COURT
8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )   No. CR-04-712-CBM
11          Plaintiff,              )
                                    )   <u>DEFENDANT ASSI SUPER INC.'S
12       v.                         )   REQUEST FOR TERMINATION OF
                                    )   PROBATION; MEMORANDUM OF
13  SUNG CHUL RHEE and              )   POINTS AND AUTHORITIES;
    ASSI SUPER INC.,                )   DECLARATION OF JOHN S.
14                                  )   GORDON; EXHIBITS</u>
            Defendants.              )
15                                   )

   Defendant Assi Super Inc. ("Assi") hereby requests termination of probation pursuant to the sentencing order in this case. Assi has paid its entire fine of $200,000 and its special assessment of $2800 and has caused to be published the public service notices in the Korea Times and Central Daily as required by Assi's conditions of probation. Pursuant to the Court's sentencing order, probation is to terminate upon

/
/
/

634247.01                    -1-

1 completion of those three conditions.

2     This request is based on the attached memorandum of points and authorities, declaration of John S. Gordon, and exhibits, all the files and records in the case, and any evidence or argument that might be presented at any hearing if the Court deems such a hearing necessary.

DATED: February 2, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
John S. Gordon
Attorneys for Defendant
Assi Super Inc.

SCANNED

634247.01

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court sentenced defendant Assi Super Inc. ("Assi") to probation conditioned on a fine of $200,000 (including a community service payment of $100,000), a special assessment of $2800, and publication in the Central Daily and Korea Times of a public service notice regarding the illegality of importing snakehead fishes. The Court ordered Assi's probation to terminate upon completion of all three conditions.

As explained in the attached declaration of John S. Gordon, Assi has satisfied all three conditions and therefore requests that the Court order Assi's probation terminated.

## DECLARATION OF JOHN S. GORDON

I, John S. Gordon, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice in the United States District Court, in the Central District of California. I represent Assi Super Inc. ("Assi") in the case of <u>United States v. Sung Chul Rhee and Assi Super Inc.</u>, No. CR. 04-721-CBM. I make this declaration based on first-hand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. On January 24, 2005, the Court sentenced defendant Assi to three years probation conditioned on the following pertinent terms: pay a fine (including community service) of $200,000 and a special assessment of $2800, and cause to be published public service notices in the Saturday editions of the Korea Times and Central Daily within ten days of entry of judgment.

3. At the time of sentencing, in open court, I gave Assistant United States Attorney Joseph Johns one cashier's check for $50,000 made payable to the California Fish and Wildlife Foundation and one cashier's check for $50,000 made payable to the California Department of Fish and Game for submission to those two entities. On the same day, I delivered a $100,000 cashier's check (for the remainder of the fine) and a $2,800 cashier's check (for the special assessment) to the Clerk's Office Fiscal Unit. A copy of the receipt for those payments is attached hereto as Exhibit 1.

4. On February 2, 2005, the Human Resources Manager of Assi provided me portions of the Saturday, January 29, 2005 editions of the Korea Times and Central Daily, which he said contain the Korean-language version of the public service notices required to be published. I do not speak Korean but I do see the picture of a snakehead fish that AUSA Johns provided me, which I provided to Assi, to include in the public service notices. I have sent the original pages of the newspapers to AUSA Johns so that

-4-

1 | he can confirm as he deems necessary that the two public service notices taken out by
2 | Assi contain the text required by the Court's sentencing order. Reduced versions of the
3 | pertinent pages of the newspapers are attached hereto as Exhibits 2 and 3.
4 |     I declare under the penalties of perjury under the laws of the United States that the
5 | foregoing is true and correct to the best of my knowledge and belief. Executed in Los
6 | Angeles, California.

8 | Dated: February 2, 2005                  _John S. Gordon_

<u>ORDER</u>

For good cause shown, IT IS HEREBY ORDERED THAT:

The probation of defendant Assi Super Inc. in No. CR 04-712-CBM is hereby terminated.

DATED: ~~February~~ March 1, 2005

The Honorable Consuelo B. Marshall

SCANNED

Case 2:04-cr-00712-CBM Document 54 Filed 03/01/05 Page 7 of 15 Page ID #:52

```
        CLERK'S OFFICE U.S.D.C.
            LOS ANGELES
01/24/2005 2:38:25 PM  Receipt #: 20162
     Cashier : ABELLANY [LA 2-1]
Paid by: ASSI SUPER INC
2:CR04-00712 ASSI SUPER INC.,  (2) Order(
2)
2005-504100   36 - Special Assessment(1)
Amount :                      $2,800.00
BALANCE :                         0.00

2:CR04-00712 ASSI SUPER INC.,  (2) Order(
3)
2005-504100   10 - Crime Victims Fund(1)
Amount :                    $100,000.00
BALANCE :                         0.00
----------------------------------------
Check Payment : CC67425/68060 / 102,800.0
0
----------------------------------------
Total Payment :             102,800.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

```
        CLERK'S OFFICE U.S.D.C.
            LOS ANGELES
01/24/2005 2:37:37 PM  Receipt #: 20161
     Cashier : ABELLANY [LA 2-1]
Paid by: SUNG CHUL RHEE
2:CR04-00712 RHEE, SUNG CHUL  (1) Order(1
)
2005-504100   36 - Special Assessment(1)
Amount :                         $30.00
BALANCE :                         0.00
----------------------------------------
Check Payment : CC67424 /        30.00
----------------------------------------
Total Payment :                  30.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

EXHIBIT 1 PAGE 7

SCANNED

# 염소서 광우병 첫 발견

## 프랑스 농무부 "소 이외 동물 최초"
### 다른 종으로 '전염될 가능성' 시사


<AP>

프랑스에서 키우던 염소 한 마리가 광우병에 걸렸던 것으로 28일 확인됐다. 유럽 위원회 집행부 대변인은 이날 "프랑스 남부에서 지난 2002년 도살된 염소에서 광우병 감염이 확인됐다"며 "소 이외의 동물이 광우병에 감염된 첫 사례를 기록했다"고 밝혔다.

유럽연합(EU) 집행위원회는 이번 사례에서 "유럽 과학자 자문 위원단이 소의 광우병 감염을 확인했다"고 밝혔다. 프랑스 농무부도 이번 발표를 뒷받침했다.

염소에 감염된 우해면양뇌증(BSE)으로 알려진 광우병이 인간에게 전염될 경우 변종 크로이츠펠트-야콥병(vCJD)으로 발전할 수 있지만 EU 국가에서 다른 염소의 감염 여부를 점검하라고 당부했다.

프랑스 농무부는 "EU 집행위가 소비자들에게 고기를 구입할 때 조심하라고 권고했지만 염소고기는 이 문제와 무관하다"고 말했다.

프랑스는 지난 2002년부터 염소 도살장에서 식용으로 유통되는 모두 몇 마리가 차단됐다. 프랑스에는 120만 마리의 염소가 사육되고 있으며, 유럽 전체로는 1100만 마리가 사육되고 있다. 영국은 1986년 연구 보고서에서 처음으로 5년간의 역학 기간을 거쳐 광우병에 걸린 소의 고기를 먹은 사람에게 나타나는 광우병이 vCJD으로 알려졌다. 이 병으로 지금까지 유럽에서 최소 100명이 사망했다.

## 독 검찰 "캅 조엘드 기소 양정다"
### 이라크 수감자 가혹행위 관련

독일 검찰은 이라크 아부 그라이브 교도소 수감자에 대한 가혹행위와 관련, 전범으로 고발된 도널드 럼즈펠드 미 국방장관에 대해 조사하거나 기소치 않을 것이라고 밝혔다.

라리 28일 AP통신 등에 따르면 독일 검찰은 법무장관의 인용, 귀국 미국 랭글리 관련에 지난해 11월 미국 인권단체가 전범관리센터(CCR)와 독일 변호사단체가 럼즈펠드 장관, 조지 테닛 연방수사관(CIA) 국장 등 10명을 전범으로 고발한 사건에 관해서도 "모든 관련 자료들이 이와 같은 고발을 확인해준다고 할 수 없다"며 "이와 같은 발표는 외교 관점에서 판단할 일"이라고 밝혔다.

독일 검찰은 "두 건의 고발이 사실에 근거하지 않은 피고발자들의 범죄가 담겨있지 않고, 가혹행위에 대해 미국이 이미 진상 조사에 나설 것이다"라며 "이는 이러한 조사의 결론을 지켜볼 것"이라고 밝혔다.

## 동성혼 논쟁 가톨릭에 불통
### 캐나다 외부 "고통스런 개입 말라"

캐나다 연방정부의 동성결혼 합법화에 대한 다룬판에서 이민과 정치까지 전반적 발전이 번지고 있는 가운데 정부측에 페디그리 오타와 장관이 "가톨릭 교회가 28일 내외입스 브리즈 매리언 대주교 페디그리 장관 이를 "가톨릭 장관이 쓰여있다" 라는 전화로 했다.

이에 대해 가톨릭 파리고 쓰신 집단예정에서 엑스트라고 주교는 외부 '심각한 집단을 싫어한다' 언니 다른 대도시 지장 장관인 주교회의에 대답을 촉구한다 하지만 여성을 재정리라는 주교 가톨릭적인 지정에서 구내의 이민 요구하는 동성혼 주장자 정치인들에 이의 체험했다.

기독교 인권대학 말은 동지 위선론의 "내 경계에 의한 단지요는 주장을 것은 지장에 일본과 역신이 이의 답이니 시의 시의 좌충우돌의 생일에서는 위선이다"고 대답했다.

한편 가톨릭 전파에 따르는 발표를 공표했다.

## 쓰나미 생존 유아 두고 여성 9명 '쟁탈전'



쓰나미 생존자가 자리를 잡아가는 가운데 실종자 가족들은 작은 희망 때문에 고통받고 있다. 쓰나미 발생 한 달이 지나서 스리랑카 해변을 휘젓고 있는 리타 이야기(5주)는 모두 9명의 여성이 서로 자기 아이라고 주장하는 데서 비롯되고 있다. 스리랑카 수도 콜롬보에서 북부로 13마일 떨어진 항구마을 카렐타의 한 의사가 지난달 26일 응급 쓰나미 산사 부모를 기다리고 있는 이 남자 아이가 무사한 면에 의약 18만개를 얻어냈다 주장하는 9명이 한꺼번에 알려가지 못하도록 자녀를 확인한다는 다도 반란간을 일으킬 알려진 중산 나라이다. 병원 측은 "친모와 기다 대부분 모두 쓰나미가 있어 전반 친권 시시점 여성의 외동으로 인증됐다" 말했다. 전투권조차 부모의 DNA 검사를 본 처리지가 위선에는 부모를 찾아내지 못한다는 이유로 "쓰나미 현장에 있어 이유"라고 주장했다.

## 빅토리아 시대의 그림
### 340만 달러에 경매

100여 년 가까이 사라졌던 최연 영국 문인 단테 로제티(A) Sea Nymph-사진)'이 지난 1980년 런던 크리스티 경매에서 10만7149달러를 팔린 뒤 얻어났다 알려졌다.

오석(五石)은 1881년 생전에 제작한 그림 이 그림은 이 로제티가 가장 좋아한 동지간 미 그린 시기에 약 교원이 되는 최도 전쟁한 그림이 됐고 제작됐다. 그의 사망 평년에 마지막으로 그림을 그린 것으로 알려졌다.

그림 관은 외모가 리스트가 만난 문인 애스터 데니스 딘의 소유로 옮겨진 경력이다. 그는 이를 통해 가질과 세상에 알리지 않았다.

크리스트 경매측은 "이른바 영문화 단타 주제의 인물들을 그리며 이른바 '은수성은' 것을 생활한 작품이다.

라고 유머를 주었다고 있다. 지난달 24시의 단체 포미 자주 단정주의 화가 드라스의 대중들과 세상에 있던 그림이 모두 6월 15일 실리고 있다.

경매가는 120만~180만 달러로 예상가가 120만 달러에 가까운 340만 달러에 낙찰됐다.

# 가물치는 수입이 금지된 어류입니다.



살아있는 가물치는 미국 내에 반입할 수 없습니다. 그들은 북미 지역의 토종 어종이 아니나 모든 원적이 없기 때문입니다. 그리한 이유로 그들이 미국 지역에서 번식하게 되면 어류, 양서류, 조류 등의 생태계에 영향을 미치게 되며 그 피해는 우리들 자신일 수도 있습니다. 미국 이러한 외래종의 반입을 막기 위하여 매년 대략 $10,000,000,000(10억 달러)를 지출 합니다. 미국에 반입이 금지된 종류를 들여오면 $25,000.00의 벌금과 5년까지의 옥살을 받을 수도 있습니다. 여러분 주변의 슈퍼마켓이나 그로서리 스토어에 가물치를 구해 달라고 요구하지 마십시오. 그리고 주변에 살아있는 가물치를 판매하는 업소를 보신다면 신고자의 비밀이 보장되는 1-800-DFG-CALTIP(1-800-334-2258)으로 연락하여 주십시오. 이 곳은 주민들이 수협국 검사전에게 시설적인 제보를 하게함으로써 출룡성을 높이기 위한 프로그램으로 하루 24시간 언제나 연락이 가능하며 신고자의 비밀을 지켜 드리며, 포상금을 받을 수도 있습니다. CALTIP은 주 7일 24시간 연락이 가능합니다.

아씨 수퍼 사장 이 승 철

EXHIBIT 2  PAGE 9

Exhibit 3

Saturday, January 29, 2005 한국일보 D15

문화

# 한국철학 해외알리기 초석 놓는다

성균관대-하와이대 '원전자료집' 만들기로
5월부터 3년간 퇴계 원문 등의 자료 영문으로

한국철학 원전자료집이 향후 한국철학 대표하는 사상가들의 고전영문 내용 그대로 번역돼 영문으로 출간된다.

종 5 문했다.

퇴계 율곡 원효 지눌 등 우리 전통철학을 대표하는 사상가들의 사상이 미국 등 영어권에 그대로 번역돼 영문으로 소개된다.

한국철학 원전자료집인 'A Sourcebook in Korean Philosophy'가 나온다. 서구철학 입문자들이 '서양철학사'를 통해 철학에 대한 기초적인 이해를 하듯이 영어권에서도 한국철학의 대표적 사상가들의 원전을 통해 한국철학의 진면목을 알 수 있도록 하기 위한 것이다.

중국철학의 경우 중국계 미국학자가 편집한 'A Sourcebook in Chinese Philosophy'가 있고, 인도의 경우 'A Sourcebook in Indian Philosophy'를 역시 프린스턴대출판부에서 1961년에 펴냈다.

국내 중견학자들의 집필 연구진, 하와이대 박사과정 학생들이 번역을 맡아 개별철학자의 원전을 주제별로 사상의 연원을 보여줄 제반 자료들을 담게 된다.



미국 하와이에 한국학연구소에서 열린 한국철학 원전자료집 워크숍에 한국측 참여자들. 왼쪽부터 김형찬 고려대 교수, 윤사순 고려대 명예교수, 최영진 성균관대 교수, 금장태 서울대 교수, 이애견 경기대 교수, 이상하 조선대 교수. 정인제 성균관대 교수, 조영균 성균관대 교수. 성균관대 동아시아학술원 제공.

이 원전자료집은 '2008년에서 2010년 사이에 출간할 계획'이라며 '최근 300쪽 500~600쪽 분량의 자료집 하나는 오래 학술적 자료로 남길 수 있을 것이라고 본다'고 말했다.

자료집이 600쪽 안에 이른다는 점에서 이 분야 자료를 축적해온 한국학계의 기념비적 업적이 될 전망이다. 최영진 성균관대 교수는 '이번 원전자료집 출간으로 한국철학이 국제사회에 그 실체가 드러났다'고 하기는 하지만 500~600쪽 분량의 자료가 나온다는 것 자체는 우리로서는 큰 이득'이라고 말했다.

남경욱기자 bsumum@hk.co.kr

# 조계종 "지율스님 아픔에 동참"

7일간 철야기도정진 시작



'천성산 지율성' 지율 스님의 목숨을 건 단식이 100일이 가까워진다면서 조계종단이 그를 위해 움직이기 시작했다. 1주일간 조계종 총본산인 조계사를 비롯하여 전국 93개 사찰에서 단식을 계속하고 있는 경기도 모처에 지율스님의 쾌차와 생명에 대한 경각 일깨우는 기도법회 등을 연다는 것.

조계종 총무원(원장 법장 스님)은 지율 스님의 단식을 중단하기 위한 지율 스님의 공동연명운동과 맞물려 27일부터 3월2일까지 조계사를 비롯한 전국 24개의 본사를 중심으로 지율 스님의 쾌유를 위한 조계종 스님 철야기도회, 조계종 27일부터 조계사를 비롯하여 전국 24개 주지단 동참법회 및 지율 스님을 위한 조계종 스님 철야기도 정진, 동참법회 밤에는 조계종 전국 사찰의 신도 및 불교종단협의회 등 7개 종단이 참여하는 평화포럼 등이 펼쳐진다.

'이러한 활동이라도 하여 노무현 대통령 스님의 문제에서 대비책을 만들어가야 한다'며 조계종은 법장총무원장 스님도 공양을 하루 1끼로 줄이겠으며 절반 수준 줄이고 최소한의 양만 들 것이라고 말했다. 스님은 2003년 단신사 계시던 스님이 있는 산에서 시작해 단식을 감행한지 100일이 넘는데 100일은 일반 사람들도 많이 버텨 지금 조계종이 기도회 등 이주한 스님 구하기에 나선 것이라고 했다. 조계사 노무현 대통령 사회복지부, 시민단체와 함께 27일부터 100일간 시리오로 조계사 마당 앞에 조계종 조계사 마당에 설치된 CD 배포 일이 있다. 도임 스님은 지율 스님을 위한 평화기도회 개최라고 말했다.

고 첫부터 지율 스님의 쾌유 기원을 기대한다.

이 100일째 최고 있다.

조성진 암과 전문의
UCLA 출신
UCLA 의대 문과 졸업
UCLA 암과 레지턴트 수료
미국 암과 보드 전문의

세라노 종합 안과병원
(213) 380-8800, 4220 W. 3rd St. #206, LA, CA 90020
■백내장  ■레이저치료  ■각종눈질환

박원규 안과 전문의
하비드 대학 졸업
콜럼비아 의대 문과 졸업
UCLA 암과 레지턴트 수료
미국 암과 보드 전문의

EXHIBIT 3 PAGE 10

# 가툴치는 수입이 금지된 어류입니다.

살아있는 가툴치는 미국 내에 반입할 수 없습니다.



그들은 북미 지역의 토종 어종이 아니므로 천적이 없기 때문입니다. 그러한 이유로 그들이 미국 지역에서 번식 하게 되면 아귀, 잉어류, 포유류 등의 생태계에 영향을 미치게 되며 그 피해는 우리들 자신 앞수도 있습니다. 미국은 이러한 외래종의 반입을 막기 위하여 매해 대략 $10,000,000,000 (10억 달러)를 지출합니다.

미국에 반입이 금지된 종류를 들여오면 $25,000.00 의 벌금과 5년까지의 징역 받을 수 도 있습니다.

여러분 주변의 슈퍼마켓이나 그로서리 스토어에 가툴치를 구제 달라고 요구 하지 마십시 오. 그리고 주변에 살아있는 가툴치를 판매하는 업소를 보신다면 신고 지역 비밀이 보장 되는 1-800-DFG-CALTIP (1-800-334-2258)으로 연락 하여 주십시오. 이웃은 주민들이 수렵국 감사관에게 사실적인 제보를 하게 함으로써 홍응성을 높이기 위한 프로그램 으로 하루 24시간 연례나 연락이 가능하며 신고 지역 비밀을 지켜 드리며, 포상금을 받 수도 있습니다. CALTIP은 주 7일 24시간 연락이 가능합니다.

이씨 수퍼마켓 이승철



아이들이 빼앗아간 강의 집호
언제 떠날 수 있었다.
가툴치로서 배우다니…

오늘 맞은 것을 배웠다.
평생 잊을 수 없을 것만은 오늘.

나의 첫 강의.

특별한 순간을 위하여 — 크라운로얄
미국산 캐나다 특별주 블렌드 위스키
*Those who appreciate quality enjoy it responsibly*

EXHIBIT 3  PAGE 11

# PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 3, 2005, I caused to be served the following document(s) on interested parties in this action described as: DEFENDANT ASSI SUPER INC.'S REQUEST FOR TERMINATION OF PROBATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN S. GORDON addressed as follows:

| | |
|---|---|
| **Joe Johns** | **Eduardo Cervantes** |
| **Assistant U.S. Attorney** | **U.S. Probation Officer** |
| **United States Attorney's Office** | **600 U.S. Courthouse** |
| **312 North Spring Street, 14th Floor** | **312 North Spring Street, 6th Floor** |
| **Los Angeles, California 90012** | **Los Angeles, California 90012** |
| **Phone:** (213) 894-3995 | **Phone:** (213) 894-3600 |
| **Fax:** (213) 894-7177 | **Fax:** (213) 894-3627 |

\_\_\_ **(BY MAIL)** I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.

X **(BY MAIL)** I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_ **(BY FACSIMILE)** I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

\_\_\_ **(BY FEDERAL EXPRESS)** by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

\_\_\_ **(BY PERSONAL SERVICE)** I caused to be delivered by hand such envelope to the offices of the addressee.

Executed on February 3, 2005, at Los Angeles, California.

\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Elaine Chavarria | *[signature]* |
|---|---|
| Type or Print Name | Signature |

01573/626736.1